UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 13-CR-0031

JESSICA A. MILLER,

    Defendant, and

BAY BP, LLC
D/B/A BAY SETTLEMENT BP & 57 BP &
STONE RIDGE SHELL & COUGAR SHELL,

    Garnishee-Defendant.

## AGREED FINAL ORDER IN GARNISHMENT

Upon consideration of the parties' stipulation for Final Order in Garnishment, by which the defendant and garnishee-defendant stipulate to a garnishment of the defendant's wages, and waive their right to a hearing, as to the garnishment,

IT IS HEREBY ORDERED, that the garnishee-defendant shall pay to the plaintiff $50 biweekly of the debtor's earnings, by sending a check or money order made payable to the Clerk, U.S. District Court and mailing the check or money order to the Clerk, U.S. District Court, 517 East Wisconsin Avenue, Room 362 Federal Building, Milwaukee, WI 53202. Payments shall continue until such time as the entire debt in this matter is paid in full or upon further order of this Court.

Dated this 10th day of July, 2018.

                                                          s/ William C. Griesbach        .
                                                          WILLIAM C. GRIESBACH, Chief Judge
                                                          U.S. District Court - WIED